UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                        Plaintiffs,         Index No.:

                                                RULE 7.1

      -against-

SUMMIT INDUSTRIES LLC,

                        Defendant.
------------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: December 4, 2007

                                                                         Dana L. Henke, Esq. (DLH3025)

*Stamp: 07 CIV 10994 — JUDGE ROBINSON — Filed S.D. of N.Y. 2007 DEC -4 PM*

*Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___*