| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS<br><br>V.<br><br>SUMMIT INDUSTRIES LLC | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 07 CV 10994<br><br>Affidavit of Service |

State of New Jersey
                              SS:
County of Bergen

I, JAMES REAP being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on December 26, 2007 at 12:20 PM, deponent served the within named SUMMONS IN A CIVIL ACTION AND COMPLAINT upon SUMMIT INDUSTRIES LLC, Defendant. Said service was effected at SUMMIT INDUSTRIES LLC, 333 SIXTEENTH STREET, CARLSTADT, NJ, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to TOM KLEIN personally. Deponent knew said corporation so served to be the corporation described as SUMMIT INDUSTRIES LLC and knew said individual to be an authorized person to accept service of process.

TOM KLEIN is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: Male  Skin Color: White  Hair: Gray  Age(Approx): 55  Ht.(Approx): 5' 8"  Wt.(Approx): 180-190 lbs

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on December 27, 2007

*[signature]*
DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

*[signature]*
JAMES REAP, Process Server
SPEEDY LAWYERS SERVICE
67 TOMMY CT.
MAHOPAC, NY 10541-1055

CLS # 36662