UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND            Index No.: 07-CIV-10994 (SCR)
ANNUITY FUNDS,

                        Plaintiffs,            **VOLUNTARY NOTICE**
                                                      **OF DISMISSAL**

   -against-

SUMMIT INDUSTRIES LLC,

                        Defendant.
-------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

*Case Closed*

Dated: January 3, 2008
       Elmsford, New York

                                              Dana L. Henke, Esq. (DLH3025)
                                              Attorney for Plaintiff
                                              258 Saw Mill River Road
                                              Elmsford, New York 10523
                                              (914) 592-1515

SO ORDERED

_____
Honorable Stephen C. Robinson, U.S.D.J.

dated: 1/11/08